851 A.2d 836

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Joseph Jude CASINO, Respondent.**

Supreme Court of Pennsylvania.

June 4, 2004.

## *ORDER*

**PER CURIAM.**

**AND NOW,** this 4th day of June 2004, we **GRANT** the Petition for Allowance of Appeal, **VACATE** the Order of the Superior Court, and **REMAND** the matter to the Superior Court to reconsider its decision in light of *Commonwealth v. Perez,* 845 A.2d 779 (Pa.2004).